**Signed: December 27, 2006**



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                                No. 06-40255 T
                                                                     Chapter 11
CASSANDRA LLC, etc.,

        Debtor.
_____/

**MEMORANDUM RE PLAN AND DISCLOSURE STATEMENT**

    The Court has reviewed the above-captioned debtor's proposed plan and disclosure statement. The Court is willing to conditionally approve the disclosure statement and schedule a hearing on final approval and confirmation provided the following changes are made:

    1. The plan states that the holders of general unsecured claims will receive a pro rata payment of 5-10% on a quarterly basis. The disclosure statement states that they will receive a pro rata share of $5,000 on a quarterly basis. The plan provision in ambiguous. The Court assumes that the provision contained in the disclosure statement is the correct one. If so, the plan should be corrected. In addition, the disclosure statement states on page 6, line 19, that payments will be made every 4 months. A quarterly distribution would be made every 3 months.

2. The plan fails to specify whether interest will be paid on the classified priority and secured claims and, if so, at what rate.

3. The plan incorrectly describes the equity class as impaired. The class is unimpaired since the interests are being neither cancelled nor diluted.

A new proposed order should be submitted promptly scheduling the hearing for February 5, 2007 at 2:00 p.m. (The Court notes that on the order previously submitted the word "and" has been omitted on page 2, line 10.) January 29, 2007 is the deadline for acceptances or rejections and objections. Service of the plan, disclosure statement, order, and ballots must be made by January 3, 2007.

END OF DOCUMENT

COURT SERVICE LIST

Chris D. Kuhner
Kornfield, Paul & Nyberg, P.C.
1999 Harrison St., Ste. 2675
Oakland, CA 94612